**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DAN NGUYEN,

    Petitioner,

    v.

ATTORNEY GENERAL, et al.,

    Respondents.

CIVIL ACTION NO. 3:12-0177

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 12th day of June, 2012, **IT IS HEREBY ORDERED** that the Report and Recommendation to Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 9) is **REJECTED**.

The matter will be **RECOMMITTED** to the Magistrate Judge for a recommendation on whether Petitioner has provided good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, and if so, whether the Government can rebut that showing.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge