IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN NGUYEN, | |
| Petitioner, | No. 3:12-CV-177 |
| v. | (JUDGE CAPUTO) |
| ATTORNEY GENERAL, et al., | (MAGISTRATE JUDGE CARLSON) |
| Respondents | |

## ORDER

**NOW** this 21st day of August 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 16) is **ADOPTED.**

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge